IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BLACKWOOD LC FUNDING, LLC, and PATRICK A. LEISER AND GAYLE L. LEISER REVOCABLE TRUST,<br><br>Plaintiffs<br><br>vs.<br><br>TREVOR SCHAEFER,<br><br>Defendant. | CV 20-131-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington Lohn and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 24th day of August, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge