IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BLACKWOOD LC FUNDING, LLC, and PATRICK A. LEISER AND GAYLE L. LEISER REVOCABLE TRUST,<br><br>        Plaintiffs,<br><br>  vs.<br><br>TREVOR SCHAEFER,<br><br>        Defendant. | CV 20–131–M–DLC<br><br><br>ORDER |

Before the Court is Defendant's Unopposed Motion to Continue Preliminary Pretrial Order and Refer Case to U.S. Magistrate DeSoto for Mediation. (Doc. 9.) The Court is encouraged by the parties' early willingness to engage in alternative dispute resolution. However, it notes that Judge DeSoto recused herself from this case based on her former partnership at the firm that represents Plaintiffs. (Doc. 4.) Thus, to refer this matter back to Judge DeSoto for the purpose of settlement would invigorate the actual or apparent conflict she sought to obviate.

Accordingly, the motion (Doc. 9) is DENIED, subject to renewal should the parties seek referral to United States Magistrate Judge Timothy J. Cavan or United States Magistrate Judge John T. Johnston for mediation.

DATED this 5th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court