IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BLACKWOOD LC FUNDING, LLC and PATRICK A. LEISER AND GAYLE L. LEISER REVOCABLE TRUST, | CV 20–131–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| TREVOR SCHAEFER, | |
| Defendant. | |

Pursuant to the Stipulation to Dismiss with Prejudice (Doc. 18),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and fees. All deadlines are vacated, and any pending motions are denied as moot.

DATED this 12th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

- 1 -